**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**JUN 17 1998**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

DURAND K. DICKERSON,

Plaintiff-Appellant,

v.

LEAVITT RENTALS, a Kansas business; PAUL LEAVITT; DEBORAH M. LEAVITT; G. RONALD BATES, JR.; PATRICK E. HENDERSON; PHILLIP LACEY; DAVID J. KING, in their official and personal capacities; DUNCAN, SENECAL LAW OFFICES, CHARTERED, a Kansas law firm; CROW, CLOTHIER & BATES, a Kansas law firm; BOARD OF COUNTY COMMISSIONERS OF LEAVENWORTH COUNTY, a municipal corporation; WAYNE ELDRIDGE; DONALD NAVINSKY; ROBERT ADAMS, in their official and personal capacities; JIM MURRY; SHIRLEY PENDERGRAFT; MICHAEL WAITE; HERBERT NYE, in their official and personal capacities,

Defendants-Appellees,

No. 98-3053
(D.C. No. 97-2584-EEO)
(District of Kansas)

**ORDER AND JUDGMENT**[*]

Before **PORFILIO, KELLY**, and **HENRY**, Circuit Judges.

.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The case is therefore ordered submitted without oral argument.

Durand K. Dickerson appeals from the dismissal of his pro se civil rights complaint filed in the United States District Court for the District of Kansas. Mr. Dickerson sought damages in the sum of $37.5 million alleging constitutional violations committed by the defendants in state court actions filed against Mr. Dickerson. In a lengthy and carefully analyzed memorandum and order, the district court thoroughly and correctly treated each of Mr. Dickerson's claims. Our review of the record and the district court's disposition and the briefs filed in this court lead us to conclude the district

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. This court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

court did not err in any respect. Indeed, we find Mr. Dickerson's claims and his arguments patently frivolous. Accordingly, for the reasons stated by the district court in its memorandum and order, the judgment is **AFFIRMED**.

ENTERED FOR THE COURT

John C. Porfilio
Circuit Judge